IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHAN W. BOHN,<br><br>      Plaintiff,<br><br>v.<br><br>JANE DOES (ST. CLAIR COUNTY MEDICAL STAFF) and SHERIFF RICHARD WATSON,<br><br>      Defendants. | Case No. 23-cv-3949-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

Plaintiff Jonathan W. Bohn, an inmate of the Federal Bureau of Prisons ("BOP") who is currently incarcerated at Federal Correctional Institution – Forrest City Low, brought this action pursuant to 42 U.S.C. § 1983 for deprivations of his constitutional rights while a detainee at the St. Clair County Jail. Bohn's Complaint was dismissed for failure to state a claim, and he was granted leave to file a First Amended Complaint (Doc. 4, p. 4). He also was directed to pay his full filing fee or face dismissal of his claims (*Id*. at p. 3). The Court also noted that Bohn had not updated his address since transferring to the BOP and reminded him that he was under a continuing obligation to keep the Court updated on any change in his address (*Id*. at p. 5). Although Bohn was given deadlines to file an amended pleading and pay his full filing fee, it appears that Bohn never received notice of those deadlines because the Orders were sent to his previous address listed on the docket.

1

Accordingly, **NOTICE IS HEREBY GIVEN** that this case will be **DISMISSED with prejudice** for Bohn's continued failure to respond to Court Orders unless Bohn files a First Amended Complaint and pays his filing fee by **March 1, 2024**. The Clerk of Court is **DIRECTED** to send this Memorandum and Order and the Order Dismissing Bohn's Complaint (Doc. 4) to his current address at:

> JONATHAN WADE BOHN, No. 08570-025
> FCI – Forrest City Low
> 1400 Dale Bumpers Road
> Forrest City, AR 72335

Bohn is reminded that he is under a continuing obligation to keep the Clerk of Court informed of any change in his address; the Court will not independently investigate his whereabouts. Thus, he is **DIRECTED** to update the Court with his current address by **March 1, 2024**, and reminded that any future change in his address should be updated with the Court not later than **14 days** after a transfer or other change in address. Failure to comply with this Order will result in a dismissal of this action for want of prosecution. *See* FED. R. CIV. P. 41(b).

   **IT IS SO ORDERED.**

   DATED:  January 30, 2024

_____
**NANCY J. ROSENSTENGEL**
Chief U.S. District Judge