IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JONATHAN W. BOHN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JANE DOES (ST. CLAIR COUNTY MEDICAL STAFF) and SHERIFF RICHARD WATSON,<br><br>　　　　　Defendants. | Case No. 23-cv-3949-NJR |

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

　　　　Plaintiff Jonathan W. Bohn brings this action for deprivations of his constitutional rights pursuant to 42 U.S.C. § 1983. Specifically, Bohn's Complaint (Doc. 1) alleged that Defendants ignored his requests for medical care while he was detained at the St. Clair County Jail. At the time he filed his Complaint, Bohn was a federal detainee at the St. Clair County Jail. His federal term of supervised release was subsequently revoked, and he was sentenced to 14 months' imprisonment (Doc. 4, p. 2 n. 1). The Bureau of Prisons designated him to serve that term at FCI-Forrest City Low (*Id.*).

　　　　Unfortunately, Bohn failed to update the Court on his change in address. On December 19, 2023, his Complaint was dismissed without prejudice for failure to state a claim (Doc. 4). Bohn was, however, granted leave to file a First Amended Complaint. The deadline for filing his amended pleading was January 16, 2024 (*Id.* at p. 4). He was also ordered to pay his entire filing fee or file a motion to proceed *in forma pauperis* by the same

date (*Id*. at p. 3). The Court's Order was sent to St. Clair County Jail, Bohn's address as listed on the docket. The Order was returned as undeliverable because Bohn was no longer housed at St. Clair County Jail (Doc. 5).

On January 5, 2024, a Notice was entered directing Bohn to file a required form consenting or declining to consent to magistrate judge jurisdiction (Doc. 6). Bohn was reminded that he was required to return the form or face possible sanctions (*Id*.). This document was also returned as undeliverable (Doc. 9).

On January 30, 2024, the Court entered an Order regarding Bohn's missed deadlines (Doc. 8). The Court noted that prior Orders directing Bohn to file his amended pleading and to pay his full filing fee were not directed to Bohn's new address at FCI-Forrest City Low (*Id*. at p. 1). The Court directed that the Order dismissing Bohn's Complaint (Doc. 4) be sent to his current address at FCI-Forrest City Low (*Id*. at p. 2). Bohn was given notice that his case would be dismissed with prejudice if he failed to file a First Amended Complaint and pay his filing fee by March 1, 2024 (*Id*.). He also was directed to update the Court with his current address. As of this date, Bohn has neither filed an Amended Complaint nor paid his filing fee.

Accordingly, this action shall be **DISMISSED with prejudice** for failure to comply with a Court Order and/or prosecute his claims. *See* FED. R. CIV. P. 41(b).

Bohn is **ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed. Therefore, the filing fee remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

If Bohn wishes to appeal this Order, he must file a notice of appeal with this Court

within 30 days of the entry of judgment. FED. R. APP. P. 4(a)(1)(A). If Bohn does choose to appeal, he will be liable for the $605.00 appellate filing fee irrespective of the outcome of the appeal. *See* FED. R. APP. P. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien*, 133 F.3d at 467. He must list each of the issues he intends to appeal in the notice of appeal, and a motion for leave to appeal *in forma pauperis* must set forth the issues he plans to present on appeal. *See* FED. R. APP. P. 24(a)(1)(C). A proper and timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline. FED. R. APP. P. 4(a)(4). A Rule 59(e) motion must be filed no more than 28 days after the entry of judgment, and this 28-day deadline cannot be extended.

The Clerk of Court is **DIRECTED** to enter judgment and close the case.

**IT IS SO ORDERED.**

**DATED:** March 11, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**